IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| COACH, INC. and COACH SERVICES, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-0510 |
| | ) | Judge Trauger |
| THE GIFT BOX, LAURA NEMETH ROSS, | ) | Magistrate Judge Bryant |
| Owner, individually d/b/a The Gift Box, and | ) | |
| JOHN DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

It is hereby **ORDERED** that this case is set for a jury trial on July 9, 2013 at 9:00 a.m. It is further **ORDERED** that the Magistrate Judge shall conduct the pretrial conference and enter a pretrial order. He shall assist the plaintiffs with the preparation of subpoenas, discuss exhibits, instructions and all other matters necessary for having the case prepared to be tried on the date set.

The Magistrate Judge has been managing this case. If he considers it appropriate to appoint counsel to represent the plaintiffs at trial, he should do so.

It is so **ORDERED**.

ENTER this 1st day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge